UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

THE MUCKY DUCK, INC., a
limited             liability
corporation, and LUCKY DUCK
RE LLC, a Florida limited
liability company,

        Plaintiffs,

v.                              Case No:  2:26-cv-123-JES-NPM

CAPTIVA EROSION
PREVENTION DISTRICT BOARD
OF COMMISSIONERS and
CAPTIVA EROSION
PREVENTION   DISTRICT,   a
Florida
political subdivision formed
under
Chapter   161,   Florida
Statutes,

        Defendants.

---

**OPINION AND ORDER**

    This matter comes before the Court on review of the Motion to Dismiss (Doc. #9) filed on January 28, 2026 by Defendants Captiva Erosion Prevention District Board of Commissioners and Captiva Erosion Prevention District.  "Before filing a motion in a civil action, except a motion for injunctive relief, for judgment on the pleadings, for summary judgment, or to certify a class, the movant must confer with the opposing party in a good faith effort to

resolve the motion."  M.D. Fla. R. 3.01(g).  The motion will be denied for failure to confer with opposing counsel before filing the motion and for failure to include a certification of conference in the motion.

Accordingly, it is hereby

**ORDERED:**

Defendants' Motion to Dismiss Plaintiffs' Complaint (Doc. #9) is **DENIED without prejudice.**

**DONE AND ORDERED** at Fort Myers, Florida, this ___13th___ day of February 2026.

JOHN E. STEELE
SENIOR UNITED STATES DISTRICT JUDGE

Copies:
Parties of record

2